**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cr-04053-SRB |
| | ) | |
| CHARLES ALLEN ROARK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's Motion to Suppress be denied. (Doc. #24). Defendant filed his Objections to the Report and Recommendation (Doc. #26) asking the Court to find that Judge Whitworth misapplied the law, and the officers did not have reasonable suspicion or probable cause to justify stopping Defendant's vehicle.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections, (Doc. #26), and ADOPTS Judge Whitworth's Report and Recommendation, (Doc. #24). Defendant's Motion to Suppress (Doc. #13) is DENIED.

**IT IS SO ORDERED.**

DATED: <u>June 21, 2016</u>                    <u>/s/ Stephen R. Bough</u>
                                                                    JUDGE STEPHEN R. BOUGH
                                                                    UNITED STATES DISTRICT COURT